UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-cv-23860-KMW

MARK WILLIAMS,

    Plaintiff,

vs.

DADE CORRECTIONAL INSTITUTION,
COLONEL GREEN, *et al.*,

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's report and recommendation (DE 8) on Plaintiff's civil rights complaint filed pursuant to 42 U.S.C. § 1983. No objections to the Report were filed and the time to do so has passed. Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 8) are **AFFIRMED AND ADOPTED** as provided below.
2. Plaintiff's Eighth Amendment and punitive damages claims shall proceed.
3. Plaintiff's supervisory liability claim is **DISMISSED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>10th</u> day of November, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

CC:

Mark Williams
H05914
Union Correctional Institution
Inmate Mail/Parcels
7819 NW 228th Street
Raiford, FL 32026